UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCI ANNE LABRASH,<br><br>   Plaintiff,<br><br> v.<br><br>KILOLO KIJAKAZI, et al.,<br><br>   Defendants. | Case No. 23-cv-03245-SK<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Regarding Docket No. 2 |

  Plaintiff has filed an application to proceed *in forma pauperis*. Having considered the application and complaint, the Court hereby **GRANTS** Plaintiff's application. The Clerk of Court shall transmit a Notice of Electronic Filing to the appropriate office within the Social Security Administration's Office of General Counsel and to the United States Attorney in the Northern District.

  **IT IS SO ORDERED**.

Dated: June 30, 2023

*/s/ Sallie Kim*
SALLIE KIM
United States Magistrate Judge